IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| CAREY T. DUNN, | : | |
| Plaintiff, | : | |
| | : | Case No. 5:25-cv-00341-TES-CHW |
| v. | : | |
| Sheriff MATTHEW MOULTON, *et al.*, | : | |
| Defendants. | : | Proceedings Under 42 U.S.C. §1983 Before the U. S. Magistrate Judge |

## ORDER ON REQUEST FOR EXTENSION OF TIME

*Pro se* Plaintiff Carey Dunn, a prisoner in the Houston County Detention Center in Perry, Georgia filed a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. On October 10, 2025, the Court ordered Plaintiff to recast his complaint. ECF No. 4. Plaintiff has now submitted a letter in which he states that he is "in disciplinary isolation until October 28" and that he is "unable to get all the information needed" for recasting his complaint. ECF No. 6. Plaintiff requests an extension of time to recast his complaint. *Id*. Plaintiff's request is **GRANTED** and he shall have **FOURTEEN (14) DAYS** from the date of this Order to file his recast complaint. Plaintiff is cautioned that failure to file the recast complaint on time or failure to follow the Court's instructions on the recasting of his complaint can result in dismissal of this civil action.

**SO ORDERED**, this 4th day of November, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge