IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CAREY T. DUNN, | : |
|           Plaintiff, | : |
|     v. | :   Case No. 5:25-cv-00341-TES-CHW |
| Sheriff MATTHEW MOULTON, *et al.*, | : |
|           Defendants. | : |

## ORDER

*Pro se* Plaintiff Carey Dunn, a prisoner in the Houston County Detention Center in Perry, Georgia filed this 42 U.S.C. § 1983 civil rights claim. ECF No. 1. Plaintiff also requested leave to proceed *in forma pauperis*. ECF No. 3. Plaintiff's motion to proceed *in forma pauperis* was granted and he was ordered to recast his complaint. ECF No. 4. Plaintiff has now filed a document in which he requests that this civil action be dismissed without prejudice. ECF No. 9.

Rule 41 of the Federal Rules of Civil Procedure provides that a "…plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion to summary judgment, or (ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A). Because no defendant has been served in the case, leave of court is not

required to dismiss this action, and Plaintiff is automatically entitled to voluntary dismissal.

Accordingly, Plaintiff's request to dismiss this civil action (ECF No. 9) is **GRANTED**, and this case is **DISMISSED without prejudice.**

**SO ORDERED**, this 18th day of November, 2025.

<u>S/ Tilman E. Self, III</u>
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**